IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kwame Amponsah,                             :
1335 Emerald St., NE                        :
Washington, DC 20002                        :
                                            :
                                            :
Diane L. Webb                               :
1335 Emerald St., NE                        :
Washington, DC 20002                        :
                                            :
Plaintiffs,                                 :
v.                                          :       Civil Action No. _____
                                            :
Jeh Johnson, as Secretary of the U.S.       :       COMPLAINT FOR
Department of Homeland Security,            :       WRIT IN THE NATURE
U.S. Department of Homeland Security        :       OF MANDAMUS
Office of General Counsel                   :
Washington, D.C. 20528                      :
                                            :
Leon Rodriguez, as Director of the U.S.     :
Citizenship & Immigration Services,         :
U.S. Citizenship & Immigration Services     :
20 Massachusetts Ave., NW                   :
Washington D.C. 20529                       :
                                            :
Sarah Taylor, Director                      :
Washington District Office                  :
U.S. Citizenship &Immigration Services      :
2675 Prosperity Ave.                        :
Fairfax, VA 20598-2440                      :
                                            :
Defendants                                  :

1

## PLAINTIFFS' ORIGINAL COMPLAINT FOR WRIT
## IN THE NATURE OF MANDAMUS

COME NOW Plaintiffs Kwame Amponsah and Diane L. Webb, by and through their Counsel Kim-Bun Thomas Li, and file this complaint for a writ of mandamus.

1. This action is brought against the Defendants to compel action on an Alien Relative Petition properly filed by Plaintiff Diane L. Webb on behalf of Plaintiff Kwame Amponsah, and an application for Adjustment of Status filed by Plaintiff Kwame Amponsah. The petition and application were filed and remain under the jurisdiction of the Defendants, who have improperly withheld action on said application and petition to Plaintiffs' detriment.

## I. JURISDICTION

2. This Court has jurisdiction over the present action pursuant to 28 USC Section 1331 and Section 1361, regarding an action to compel an officer of the United States to perform his duty; and 5 U.S.C. Section 701 et. seq., the Administrative Procedures Act; and 28 U.S.C. Section 2201, et seq., the Declaratory Judgment Act. 8 USC Section 1329, of the Immigration and Nationality Act (hereinafter referred to as "INA"), providing jurisdiction of this Court over actions arising under said Act.

## II. VENUE

3. 28 U.S.C. Section 1391(e), as amended, provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his official capacity, or under color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a defendant in the action resides, or the plaintiff resides if no real property is involved in the action. Defendants, Department of Homeland Security, et al., are agencies that operate within the District of Columbia. Additionally, the Plaintiffs are residents of the District of Columbia and this action does not involve any real property. This Court is the proper venue for the action.

## III. PLAINTIFF

4. Plaintiff Diane L. Webb is a citizen of the United States. Plaintiff Kwame Amponsah is a citizen of Ghana. Plaintiffs Kwame Amponsah and Diane L. Webb are husband and wife. They are residing at 1335 Emerald St., NE, Washington DC 20002. Pursuant to INA §204(a)(1)(A)(i), Plaintiff Diane L. Webb filed an I-130 Petition for her husband to be a permanent resident. Plaintiff Kwame Amponsah also filed an I-485 Application for Adjustment of Status. The I-130 Petition and the I-485 Application were filed concurrently on or about July 19, 2009.

## IV. DEFENDANTS

5. Defendant, the Department of Homeland Security, is a Federal agency that is mandated under the law through its Director to supervise, implement, and enforce the INA, including immigrant visa petitions for immediate relatives by U.S. citizens, and adjustment applications for beneficiaries of immigrant visa petitions. Defendant Jeh Johnson is the Secretary of the U.S. Department of Homeland Security. This action is brought against him in his official capacity. He is generally charged with enforcement of the INA, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 U.S.C. Section 1103(a). Moreover, the Secretary is responsible for adjudication of an I-130 petition filed pursuant to Section 204(a) of the INA. 8 U.S.C. Section 1154, and an I-485 application filed pursuant to Section 245 of the INA. 8 U.S.C. Section 1255. The USCIS is an agency within the Department of Homeland Security to whom the Secretary's authority has in part been delegated, and is subject to the Secretary's supervision.

6. Defendant Leon Rodriguez is the Director of the USCIS who is in-charge of the enforcement of the INA and Defendant District Director Sarah Taylor, is an official of the USCIS generally charged with supervisory authority over all

operations of the USCIS Washington District Office, which has jurisdiction over an I-130 petition filed by a U.S. citizen and an I-485 filed concurrently with the I-130 petition. 8 C.F.R. Section 103.2(b). As will be shown, Defendant Washington District Director is the official in charge of the office with which Plaintiffs' I-130 petition and I-485 application are currently pending.

## V. EXHAUSTION OF REMEDIES

7. Plaintiffs have exhausted their administrative remedies. Plaintiffs have, by and through themselves and their counsel, made numerous inquiries in the last five years concerning the status of the petition and the application to no avail. Their attorney also personally inquired about Plaintiffs' cases. As of to date, no answer was given other than the petition and application are under review.

## VI. CAUSE OF ACTION

8. Plaintiffs properly field an I-130 Petition for Alien Relative and an I-485 Application for Adjustment of Status pursuant to INA Section 204(a)(1)(A)(i) and Section 245(a) along with supporting documents to the USCIS on July 19, 2009. The normal adjudication period for an I-130 and an I-485 filed concurrently by a U.S. citizen and his or her spouse is about 6 months. Nevertheless, after attending

two extensive interviews held at the Washington District Office on September 22, 2009 and July 9, 2012, and despite the fact that the petition was initially approved on July 9, 2012, the adjustment application of Plaintiff Kwame Amponsah is still pending with the Washington District Office. To further delay the process, the Washington District Office issued a Notice of Intent to Revoke Plaintiff Diane L. Webb's I-130 petition on May 28, 2014. Plaintiff Diane L. Webb duly responded to the Notice by submitting evidence in rebutting the derogatory information listed in the Notice on June 27, 2014. The response package was received by the Washington District Office on June 30, 2014. On October 6, 2014, Plaintiffs attended a third interview at the Washington District Office, but was told that the interview was inadvertently scheduled by the Washington District Office. Plaintiffs were told that no final decisions on the I-130 petition and the I-485 application would be made that day.

9. Since 2009, Plaintiffs have called and visited the USCIS via INFOPASS many times to check on the status of their petition and application. Each time, they were told by a USCIS officer that the petition and the application were still pending. (Although the petition was approved in 2012, the approval is now in revocation process. Thus, there is no final decision on the I-130 petition today.) In addition,

Plaintiffs' counsel made at least two INFOPASS appointments in June and December of 2013 respectively to inquire about the abovementioned case with an Immigration Officer in person from the Washington District Office, wrote a follow up letter to the same office, and attended the third interview with Plaintiff to the same office. Each time, Plaintiffs' counsel was told that the petition and application were pending review. As of to date, both the I-130 Petition and the I-485 Application have not been adjudicated.

10. Plaintiffs have been greatly damaged by the failure of the Defendants to act in accord with their duties under the law. Specifically, Plaintiff Kwame Amponsah suffered prolonged separation from his seriously sick father in Ghana. The Plaintiffs were not able to take any overseas trip together due to the immigration status of Plaintiff Kwame Amponsah. Also because of his lack of a permanent status, Plaintiff Kwame Amponsah is unable to get a better paid job. The Plaintiffs suffer emotional distress after being required to attend three interviews. In the first two of the interviews, they were required to undergo hours of questioning while in the third, they were told that the interview was erroneously scheduled.

11. Accordingly, Plaintiffs have sustained damages to their finance and emotion due to the unreasonable delay in adjudicating Plaintiffs' petition and application.

12. The Defendants have failed to properly adjudicate the petition and the application. They have failed to adhere to their own regulations and have improperly delayed the processing of the Plaintiffs' petition and application after the Plaintiffs had submitted a properly executed I-130 petition and I-485 application as well as duly appeared in interviews and responded to any notice or request from the Defendants. It has been more than 5 years since the Plaintiffs filed their I-130 petition and I-485 application, and 5 years since their first immigration interview.

## VII. PRAYER

WHEREFORE, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

(1)     requiring Defendants to immediately adjudicate Plaintiffs' I-130 petition and I-485 application; and

(2)     granting such other relief at law and in equality as justice may require.

Respectfully submitted:

Kim-Bun Thomas Li, Esq.
Counsel for Plaintiff
Li, Latsey and Guiterman, PLLC
451 Hungerford Drive, Suite 218
Rockville, MD 20850
Tel:  (301) 340-8688
Fax: (301) 340-8304
D.C. U.S. District Court No.: 463849

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kwame Amponsah and            :
Diane L. Webb,                :
1335 Emerald St., NE          :
Washington, DC 20002          :
                              :
Plaintiffs,                   :
v.                            :          Civil Action No. _____
                              :
Jeh Johnson, as Secretary of the        :          COMPLAINT FOR
U.S. Department of Homeland Security;    :          WRIT IN THE NATURE
Leon Rodriguez, as Director of           :          OF MANDAMUS
the U.S. Citizenship and Immigration     :
Services; Sarah Taylor, as Director of the :
Washington District Office, U.S. Citizenship:
and Immigration Services                 :
                              :
Defendants                    :

## CERTIFICATE OF SERVICE

I hereby certify that I served the named Defendants, and the representatives of the U.S. Citizenship and Immigration Services, by sending the foregoing Complaint and all Exhibits via first class mail, postage prepaid on this, the __29th__ day of April, 2015.

Jeh Johnson, Secretary
U.S. Department of Homeland Security
Office of General Counsel
Washington, D.C. 20528

Leon Rodriguez, Director
U.S. Citizenship and Immigration Services
20 Massachusetts Ave., NW
Washington DC 20529

10

Sarah Taylor, Director
Washington District Office
U.S. Citizenship and Immigration Services
2675 Prosperity Ave.
Fairfax, VA 20598-2440

United States Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW, Washington, DC 20530

Attorney General of the United States
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530

I declare under penalty of perjury that the foregoing is true and correct. Executed
on April  29th , 2015.


_____
Kim-Bun Thomas Li

11